DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2013

| 470P13 | State v. Michael Anthony Peacock | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA13-187)<br><br>2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex o Motu*<br><br>2. Denied |
|---|---|---|---|
| 473P13 | Jonathan White, Jeffrey White, and Barbara White v. Burton Farm Development Company LLC and Boddie-Noell Enterprises, Inc. d/b/a Kitty Hawk Land Company<br><br>John Dettra and wife, Frances Dettra v. Burton Farm Development Company LLC and Boddie-Noell Enterprises, Inc. d/b/a Kitty Hawk Land Company<br><br>James Lefevre, Rosalinda Lefevre, Individually and as Trustees of their Respective Living Trust, Alex Lefevre, Diego Dayan, Patrick Dayan, and Inner Banks Partnership, LLC v. Burton Farm Development Company LLC and Boddie-Noell Enterprises, Inc. d/b/a Kitty Hawk Land Company | Plts' PDR Under N.C.G.S. § 7A-31 (COA12-1407) | Denied |
| 474P13 | State v. Tyquon Devoeta Meggett | Def's PDR Under N.C.G.S. § 7A-31 (COA13-107) | Denied |